UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANGIE ESPINAL, | |
| Plaintiff, | |
| -against- | |
| PARIS PRESENTS INCORPORATED, | |
| Defendant. | |

26-CV-02864 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As Defendant has waived service of the summons and complaint (ECF 8), my order at ECF 7 is modified as follows:

IT IS HEREBY ORDERED that, by **August 3, 2026**, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. In their discussions, the parties should consider whether plaintiff has satisfied the threshold requirement of standing. See, *e.g., Calcano v. Swarovski N. Am. Ltd.,* 36 F.4th 68, 77-78 (2d Cir. 2022); *Harty v. W. Point Realty, Inc.,* 28 F.4th 435, 443-44 (2d Cir. 2022). To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the District's Court-annexed mediation program or before the undersigned would be productive at this time.

IT IS FURTHER ORDERED that, by **August 17, 2026**, the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall, in their joint letter, request that the Court either (1) refer the case to mediation, or (2) set a date for a settlement conference, or (3) proceed with an initial case management conference.

Dated:   June 18, 2026
       New York, NY

SO ORDERED

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**